SLIP OP. 06-82

UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. R. KENTON MUSGRAVE, SENIOR JUDGE

---

VWP of AMERICA, INC.,

      Plaintiff,

    v.             Court No. 93-06-00313

THE UNITED STATES,

      Defendant.

---

## JUDGMENT ORDER

In accordance with the Settlement Agreement between the parties in this action,

**IT IS HEREBY ORDERED** that U.S. Customs and Border Protection shall reliquidate the entries identified in Schedule A attached hereto on the basis of the appraised values less 17%, and shall promptly refund to Plaintiff the excess duties with interest as provided by law; and it is further

  **ORDERED** that each party shall bear its own costs and expenses; and it is further

  **ORDERED** that this action is dismissed as settled.

Dated: May 30 , 2006     /S/     R Kenton Musgrave
   New York, New York         Senior Judge

Port:  Jackman, Maine

| Court Number | Protest Number | Entry Number | Entry Date |
|---|---|---|---|
| 93-06-00313 (6-9-03) | 0101-92-100094 | 551-1061887-7 | 08-24-90 |
| | | 551-1962283-9 | 05-26-92 |
| | | 551-1065056-5 | 07-08-92 |
| | | 551-1065028-4 | 07-10-92 |
| | | 551-1065124-1 | 07-10-92 |
| | | 551-1964457-7 | 08-26-92 |
| | | 551-1954675-6 | 12-10-90 |
| | | 551-1957390-9 | 04-24-92 |
| | | 551-1957105-1 | 03-13-92 |
| | | 551-1963144-2 | 02-12-92 |
| | | 551-1962545-1 | 07-07-92 |
| | 0101-93-100001 | 551-1950663-6 | 09-28-90 |
| | | 551-1950735-2 | 10-11-90 |
| | | 551-1950766-7 | 10-15-90 |
| | | 551-1950863-2 | 10-30-90 |
| | | 551-1954548-5 | 11-20-90 |
| | | 551-1954568-3 | 11-21-90 |
| | | 551-1954605-3 | 11-30-90 |
| | | 551-1954687-1 | 12-13-90 |
| | | 551-1955652-4 | 12-14-90 |
| | | 551-1954675-6 | 12-10-90 |
| | | 551-1955910-6 | 01-02-91 |
| | | 551-1955041-0 | 01-16-91 |
| | | 551-1954826-5 | 01-29-91 |
| | | 551-1954851-3 | 02-04-91 |
| | | 551-1954874-3 | 02-05-91 |
| | | 554-1954883-6 | 02-06-91 |
| | | 551-1954890-1 | 02-07-91 |
| | | 551-1954902-4 | 02-07-91 |
| | | 551-1954910-7 | 02-08-91 |
| | | 551-1954933-9 | 02-13-91 |
| | | 551-1957105-1 | 03-13-91 |
| | | 551-1957259-6 | 04-04-91 |
| | | 551-1957390-9 | 04-24-91 |

1